UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>AMR CORPORATION,<br>           Debtor. | 21-cv-02163-KPF<br>Case No. 11-15463 (SHL) |
| CAROLYN FJORD, *et al.*<br>           Plaintiffs-Appellants<br>           v.<br>AMR CORPORATION, *et al.*<br>           Defendants-Appellees. | Adv. Case No. 13-1392 (SHL) |

**DECLARATION OF AARON T. CHIU IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Aaron T. Chiu, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the law firm of Latham & Watkins LLP.

2. I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3. I am a member in good standing of the Bar of the State of California since December 6, 2012.

4. I attach a certificate of good standing from the Supreme Court of California, which was issued within thirty days of this filing, as Exhibit A to my Motion to Admit Counsel *Pro Hac Vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

2

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore I respectfully request to be permitted to appear as counsel *pro hac vice* in this one case on behalf of Appellee Merged Entity American Airlines Group Inc.

Dated: March 22, 2021
       San Rafael, California

By: /s/ Aaron T. Chiu
      Aaron T. Chiu