**APPEAL, PENAP**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 13–01392–shl

*Assigned to:* Judge Sean H. Lane
*Lead BK Case:* 11–15463
*Lead BK Title:* AMR Corporation
*Lead BK Chapter:* 11
*Demand:*
   *Nature[s] of Suit:*   72 Injunctive relief –
                              other

*Date Filed:* 08/06/13

### Plaintiff
————————————————

**Carolyn Fjord**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
Alioto Law Firm
One Sansome Street
35th Floor
San Francisco, CA 94104
415–434–8900
Fax : 415–434–9200
Email: jmalioto@aliotolaw.com

**David Julian Cook**
Cook Collection Attorneys, PLC
165 Fell Street
San Francisco, CA 94102
415–989–4730
Fax : 415–989–0491
Email: cook@cookcollectionattorneys.com
*LEAD ATTORNEY*

**Gil D. Messina**
Messina Law Firm, P.C.
961 Holmdel Road
Holmdel, NJ 07733
732–332–9300
Fax : 732–332–9301
Email: gmessina@messinalawfirm.com

**Jamie Lynne Miller**
Alioto Law Firm
1 Sansone
35th Floor
San Francisco, CA 94104
415–434–8900
Email: jmiller@aliotolaw.com

### Plaintiff
————————————————

**Katherine R. Arcell**

represented by **Joseph M Alioto**

c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
———————————————
**Keith Dean Bradt**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
———————————————
**Judy Bray**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
———————————————
**Jose M. Brito**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
———————————————
**Jan Marie Brown**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————

**Robert D. Conway**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)


*Plaintiff*
————————————————

**Judy Crandall**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)


*Plaintiff*
————————————————

**Rosemary D'Augusta**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)


*Plaintiff*
————————————————

**Brenda K. Davis**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)


*Plaintiff*
————————————————

**Pamela Faust**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————
**Don Freeland**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————
**Donald V. Fry**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————
**Gabriel Garavanian**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————
**Harry Garavanian**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————
**Yvonne Jocelyn Gardner**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC

represented by **Joseph M Alioto**
(See above for address)

P.O. Box 270
San Francisco, CA 94104–0270

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
––––––––––––––––––––––
**Lee M. Gentry**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
––––––––––––––––––––––
**Valarie Ann Jolly**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
––––––––––––––––––––––
**Gail S. Kosach**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
––––––––––––––––––––––
**Michael C. Malaney**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*

—————————————————————

**Len Marazzo**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*

—————————————————————

**Lisa McCarthy**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*

—————————————————————

**Patricia Ann Meeuwsen**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*

—————————————————————

**L. West Oehmig, Jr.**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*

—————————————————————

**Cynthia Prosterman**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————
**Deborah M. Pulfer**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)


*Plaintiff*
————————————————
**Dana L. Robinson**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)


*Plaintiff*
————————————————
**Robert A. Rosenthal**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)


*Plaintiff*
————————————————
**Bill Rubinsohn**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)


*Plaintiff*
————————————————
**Sondra K. Russell**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)

*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————

**Sylvia N. Sparks**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————

**June Stansbury**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————

**Clyde D. Stensrud**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————

**Wayne Taleff**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————

**Gary Talewsky**

represented by **Joseph M Alioto**

c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
───────────────────────
**Annette M. Tippetts**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
───────────────────────
**Diana Lynn Ultican**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
───────────────────────
**J. Michael Walker**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
───────────────────────
**Pamela S. Ward**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————

**Christine O. Whalen**
c/o David J. Cook, Esq.
Cook Collection Attorneys, PLC
P.O. Box 270
San Francisco, CA 94104–0270

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)
*LEAD ATTORNEY*

**Gil D. Messina**
(See above for address)

*Plaintiff*
————————————————

**Carolyn Fjord, et al.**

represented by **Joseph M Alioto**
(See above for address)

**David Julian Cook**
(See above for address)

**Gil D. Messina**
(See above for address)
*LEAD ATTORNEY*

**Jamie Lynne Miller**
(See above for address)

**Christopher Alan Nedeau**
Nedeau Law Firm
154 Baker Street
San Francisco, CA 94117
415–516–4010
Email: cnedeau@nedeaulaw.net

V.

*Defendant*
————————————————

**AMR Corporation**

represented by **Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310–8350
Fax : (212) 310–8007
Email: stephen.karotkin@weil.com

*Defendant*
————————————————

**American Airlines**

represented by **Aaron Chiu**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415–391–0600
Email: aaron.chiu@lw.com

**Robin Lorraine Gushman**
Latham & Watkins LLP

505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415−391−0600
Fax : 415−395−8095
Email: robin.gushman@lw.com

**Sadik Harry Huseny**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415−391−0600
Fax : 415−395−8095
Email: sadik.huseny@lw.com

**Brittany N. Lovejoy**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415−391−0600
Fax : 415−395−8095
Email: brittany.lovejoy@lw.com

**Silvia Segade Sanz**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415−391−0600
Fax : 415−395−8095
Email: silvia.segade@lw.com

**Daniel Murray Wall**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415−391−0600
Fax : 415−395−8095
Email: dan.wall@lw.com

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−

**US Airways Group, Inc.**                    represented by **Sadik Harry Huseny**
                                              (See above for address)

                                              **Alfred Carroll Pfeiffer, Jr.**
                                              Latham & Watkins LLP
                                              505 Montgomery Street
                                              Suite 2000
                                              San Francisco, CA 94111
                                              415−391−0600
                                              Fax : 415−395−8095
                                              Email: al.pfeiffer@lw.com

                                              **Daniel Murray Wall**
                                              (See above for address)

**Defendant**
−−−−−−−−−−−−−−−−−−−−−−−

**US Airways, Inc.**                              represented by **Sadik Harry Huseny**
Kobre & Kim LLP                                  (See above for address)
800 Third Avenue
New York, NY 10022                               **Alfred Carroll Pfeiffer, Jr.**
                                                 (See above for address)

                                                 **Daniel Murray Wall**
                                                 (See above for address)


**Claims and Noticing Agent**
−−−−−−−−−−−−−−−−−−−−−−−

**Garden City Group, Inc**                       represented by **Angela Ferrante**
1985 Marcus Ave                                  Garden City Group, LLC
Suite 200                                        1985 Marcus Avenue, Suite 200
Lake Success, NY 11042                           Lake Success, NY 11042
631−470−5000                                     631−470−5000
                                                 Fax : 631−940−6544
                                                 Email: PACERTeam@gardencitygroup.com

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 08/06/2013 | | 1 | Adversary case 13−01392. Complaint against AMR Corporation, American Airlines, US Airways Group, Inc., US Airways, Inc. . Nature(s) of Suit: (72 (Injunctive relief − other)) Filed by CAROLYN FJORD, Katherine R. Arcell, Keith Dean Bradt, Judy Bray, Jose M. Brito, Jan Marie Brown, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Don Freeland, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, Christine O. Whalen. (Cook, David) (Entered: 08/06/2013) |
| 09/06/2013 | | 32 | Answer to Complaint (Related Doc # 1) filed by Daniel Murray Wall on behalf of US Airways Group, Inc., US Airways, Inc.. (Wall, Daniel) (Entered: 09/06/2013) |
| 09/20/2013 | | 40 | Answer to Complaint (Related Doc # 1) filed by Stephen Karotkin on behalf of AMR Corporation. (Karotkin, Stephen) (Entered: 09/20/2013) |
| 11/23/2013 | | 61 | Declaration *of Beverly K. Goulet in Support of Defendants' and Intervenor's (I) Joint Reply to Clayton Plaintiffs' Objection to Debtors' Motion for Order Pursuant to Bankruptcy Rule 9019(a) Approving Settlement Between Debtors, US Airways Group, Inc., and United States Department of Justice, et al. (ECF No. 10610) and Debtors' Motion for Order Regarding Consummation of Merger Pursuant to Scheduling Order (Adv. Pro. ECF No. 47) and (II) Joint Opposition to Clayton Plaintiffs' Cross−Motion for Temporary Restraining Order (Adv. Pro. ECF No. 57)* (related document(s)57, 47) filed by Stephen Karotkin on behalf of AMR Corporation. (Karotkin, Stephen) (Entered: 11/23/2013) |
| 11/23/2013 | | 62 | Declaration *Of Gregg Polle In Support Of Defendants' And Intervenors (I) Joint Reply To The Clayton Plaintiffs' Objection To Debtors' Motion* |

| | | | |
|---|---|---|---|
| | | | *For Order Pursuant To Bankruptcy Rule 9019(a) Approving Settlement Between Debtors, US Airways Group, Inc., And United States Department Of Justice, Et Al. (ECF No. 10610) And Debtors' Motion For Order Regarding Consummation Of Merger Pursuant To Scheduling Order (Adv. Pro. ECF No. 47) And (II) Joint Opposition To The Clayton Plaintiffs' Cross−Motion For Temporary Restraining Order (Adv. Pro. ECF No. 57)* (related document(s)57, 47) filed by John Wm. Butler Jr. on behalf of The Official Committee of Unsecured Creditors. (Butler, John) (Entered: 11/23/2013) |
| 11/23/2013 | | 63 | Declaration *of Stephen Johnson in Support of Defendants' and Intervenor's (I) Joint Reply to Clayton Plaintiffs' Objection to Debtors' Motion for Order Pursuant to Bankruptcy Rule 9019(a) Approving Settlement Between Debtors, US Airways Group, Inc., and United States Department of Justice, et al. (ECF No. 10610) and Debtors' Motion for Order Regarding Consummation of Merger Pursuant to Scheduling Order (Adv. Pro. ECF No. 47) and (II) Joint Opposition to Clayton Plaintiffs' Cross−Motion for Temporary Restraining Order (Adv. Pro. ECF No. 57)* (related document(s)57, 47) filed by Stephen Karotkin on behalf of AMR Corporation. (Karotkin, Stephen) (Entered: 11/23/2013) |
| 11/23/2013 | | 64 | Reply to Motion *Defendants' and Intervenor's (I) Joint Reply to Clayton Plaintiffs' Objection to Debtors' Motion for Order Pursuant to Bankruptcy Rule 9019(a) Approving Settlement Between Debtors, US Airways Group, Inc., and United States Department of Justice, et al. (ECF No. 10610) and Debtors' Motion for Order Regarding Consummation of Merger Pursuant to Scheduling Order (Adv. Pro. ECF No. 47) and (II) Opposition to Clayton Plaintiffs' Cross−Motion for Temporary Restraining Order (Adv. Pro. ECF No. 57)* (related document(s)57, 47) filed by Stephen Karotkin on behalf of AMR Corporation. (Karotkin, Stephen) (Entered: 11/23/2013) |
| 11/27/2013 | | 72 | Memorandum Of Decision Signed On 11/27/2013, (related document(s)57, 47) (Ebanks, Liza) (Entered: 11/27/2013) |
| 11/27/2013 | | 74 | Order Signed On 11/27/2013, Denying Plaintiffs Cross−Motion For Temporary Restraining Order. (Related Doc # 57) (Ebanks, Liza) (Entered: 11/27/2013) |
| 11/27/2013 | | 75 | Order Signed On 11/27/2013 Regarding Consummation Of Merger Pursuant To Scheduling Order. (Adv. Pro. ECF No. 44) (Related Doc # 47) (Ebanks, Liza) (Entered: 11/27/2013) |
| 11/27/2013 | | 79 | Transcript regarding Hearing Held on 11/25/2013 10:38AM RE: Motion for Temporary Restraining Order/Plaintiff's Cross−Motion for Temporary Restraining Order ; Motion to Approve/Motion of Debtors for Entry of Order Regarding Consummation of Merger Pursuant to Scheduling Order. Remote electronic access to the transcript is restricted until 2/25/2014. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Reporting Company.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 57, 47). Notice of Intent to Request Redaction Deadline Due By 12/4/2013. Statement of Redaction Request Due By 12/18/2013. Redacted Transcript Submission Due By 12/30/2013. Transcript access will be restricted through 2/25/2014. (Ortiz, Carmen) (Entered: 12/05/2013) |
| 12/06/2013 | | 80 | **(Document Filed Under Seal)** Declaration *of Daniel M. Kasper* filed by Daniel M. Kasper. (Richards, Beverly) (Entered: 12/10/2013) |

| | | | |
|---|---|---|---|
| 12/06/2013 | | 81 | Declaration *of Sadik Huseny* (***FILED UNDER SEAL***) filed by Sadik Huseny. (Richards, Beverly) (Entered: 12/10/2013) |
| 12/06/2013 | | 82 | Declaration *of Janusz Ordover* (***Filed Under Seal***) filed by Janusz Ordover. (Richards, Beverly) (Entered: 12/10/2013) |
| 12/06/2013 | | 83 | Declaration *of Dennis W. Carlton* (***Filed Under Seal***) filed by Dennis W. Carlton. (Richards, Beverly) (Entered: 12/10/2013) |
| 12/26/2013 | | 89 | Transcript regarding Hearing Held on 11/27/2013 10:12AM RE: Motion for Temporary Restraining Order/Plaintiff's Cross–Motion For Temporary Restraining order; Motion to Approve/Motion Debtors for Entry of Order Regarding Consummation of Merger Pursuant to Scheduling Order. Remote electronic access to the transcript is restricted until 3/26/2014. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Reporting Company.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 44, 46). Notice of Intent to Request Redaction Deadline Due By 1/2/2014. Statement of Redaction Request Due By 1/16/2014. Redacted Transcript Submission Due By 1/27/2014. Transcript access will be restricted through 3/26/2014. (Ortiz, Carmen) (Entered: 01/08/2014) |
| 01/10/2014 | | 91 | Motion to Amend filed by Joseph M Alioto on behalf of Carolyn Fjord, et al. with hearing to be held on 2/13/2014 at 11:00 AM at Courtroom 701 (SHL). (Attachments: # 1 Pleading Memorandum in Support # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Pleading Declaration of Gil Messina # 6 Pleading Proposed Order) (Alioto, Joseph) (Entered: 01/10/2014) |
| 01/29/2014 | | 93 | Opposition *to Plaintiffs' Motion for Leave to File an Amended Complaint to Add Damages Claim* (related document(s)91) filed by Daniel Murray Wall on behalf of US Airways Group, Inc., US Airways, Inc.. (Attachments: # 1 Declaration of Sadik Huseny In Support Thereof) (Wall, Daniel) (Entered: 01/29/2014) |
| 02/21/2014 | | 100 | Transcript regarding Hearing Held on 02/13/2014 11:27AM RE: Motion to Amend Complaint Filed by Joseph M. Alioto..et al.... Remote electronic access to the transcript is restricted until 5/22/2014. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: VERITEXT REPORTING COMPANY.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 2/28/2014. Statement of Redaction Request Due By 3/14/2014. Redacted Transcript Submission Due By 3/24/2014. Transcript access will be restricted through 5/22/2014. (Ortiz, Carmen) (Entered: 03/06/2014) |
| 03/14/2014 | | 101 | Memorandum Of Decision Signed On 3/14/2014, Re: Plaintiffs' Motion To Amend The Complaint. (related document(s)91) (Ebanks, Liza) (Entered: 03/14/2014) |
| 03/31/2014 | | 102 | Order Signed On 3/31/2014, Granting In Part And Denying In Part Plaintiffs' Motion For Leave To File An Amended Complaint To Add Damages Claim. (Related Doc # 91) (Ebanks, Liza) (Entered: 03/31/2014) |
| 04/04/2014 | | 103 | Amended Complaint against all defendants Filed by Joseph M Alioto on behalf of Carolyn Fjord. (Alioto, Joseph) (Entered: 04/04/2014) |

| | | | |
|---|---|---|---|
| 04/22/2014 | | 104 | Answer to Amended Complaint (Related Doc # 103) filed by Sadik Harry Huseny on behalf of US Airways Group, Inc., US Airways, Inc.. (Huseny, Sadik) (Entered: 04/22/2014) |
| 05/21/2014 | | 107 | Transcript regarding Hearing Held on 5/16/2014 3:02PM RE: Telephonic Status Conference on The Record Re: Doc # 105 Second Motion to Amend and Supplement Complaint filed by Gil D. Messina on behalf of Carolyn Fjord, et al. Remote electronic access to the transcript is restricted until 8/19/2014. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: VERITEXT REPORTING COMPANY.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/28/2014. Statement of Redaction Request Due By 6/11/2014. Redacted Transcript Submission Due By 6/23/2014. Transcript access will be restricted through 8/19/2014. (Ortiz, Carmen) (Entered: 06/03/2014) |
| 06/02/2014 | | 106 | Amended Motion to Amend *and Supplement Complaint* filed by Gil D. Messina on behalf of Carolyn Fjord, et al. Responses due by 6/20/2014,. (Attachments: # 1 Memorandum of Law in Support of Amended Motion to Supplement and Amend Complaint and Demand for Jury Trial # 2 Proposed form of Order) (Messina, Gil) (Entered: 06/02/2014) |
| 06/26/2014 | | 108 | Opposition Brief *to Plaintiffs' Amended Motion for Leave to File a Second Amended and Supplemental Complaint and to Add a Damages Claim and Demand for Jury Trial* (related document(s)106) filed by Daniel Murray Wall on behalf of American Airlines, US Airways Group, Inc., US Airways, Inc.. (Wall, Daniel) (Entered: 06/26/2014) |
| 06/26/2014 | | 109 | Declaration *of Sadik Huseny in Support of Defendants' Opposition to Plaintiffs' Amended Motion for Leave to File a Second Amended and Supplemental Complaint and to Add a Damages Claim and Demand for Jury Trial* (related document(s)106) filed by Daniel Murray Wall on behalf of American Airlines, US Airways Group, Inc., US Airways, Inc.. (Attachments: # 1 Exhibit 1) (Wall, Daniel) (Entered: 06/26/2014) |
| 07/22/2014 | | 113 | Transcript regarding Hearing Held on 7/17/2014 2:14PM RE: Amended Motion to Amend and Supplement Complaint. Remote electronic access to the transcript is restricted until 10/20/2014. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: VERITEXT REPORTING COMPANY.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 106). Notice of Intent to Request Redaction Deadline Due By 7/29/2014. Statement of Redaction Request Due By 8/12/2014. Redacted Transcript Submission Due By 8/22/2014. Transcript access will be restricted through 10/20/2014. (Ortiz, Carmen) (Entered: 08/08/2014) |
| 03/31/2015 | | 115 | Memorandum Of Decision Signed On 3/31/2015, Re: Amended Motion To Amend And Supplement Complaint. (related document(s)106) (Ebanks, Liza) (Entered: 03/31/2015) |
| 04/28/2015 | | 117 | Order Signed On 4/28/2015, Denying Plaintiff's Motion For Leave To File A Second Amended And Supplemental Complaint And To Add Damages Claim And Demand For Jury Trial. (Related Doc # 106) (Ebanks, Liza) (Entered: 04/28/2015) |
| 09/03/2015 | | 119 | Letter *Dated 8/28/2015, Requesting A Telephone Conference Re: Motion To Amend and Supplement Complaint* (related document(s)118) Filed by |

| | | | |
|---|---|---|---|
| | | | Sadik Huseny. (Ebanks, Liza) (Entered: 09/03/2015) |
| 09/25/2015 | | 121 | Transcript regarding Hearing Held on 9/9/2015 2:04PM RE: Telephone Conference Re: Letter Filed By Sadik Huseny Re: Motion for Leave To File A Second Amended And Supplemental Complaint, Add A Damage Claim And Demand For Jury Trial. Remote electronic access to the transcript is restricted until 12/24/2015. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 10/2/2015. Statement of Redaction Request Due By 10/16/2015. Redacted Transcript Submission Due By 10/26/2015. Transcript access will be restricted through 12/24/2015. (Ortiz, Carmen) (Entered: 10/15/2015) |
| 10/27/2015 | | 123 | Memorandum Endorsed Order Signed On 10/27/2015. "SO ORDERED" Re: Letter Requesting Adjournment Of Plaintiffs Motion To Amend And Supplement Complaint. (related document(s)122) (Ebanks, Liza) (Entered: 10/27/2015) |
| 04/22/2016 | | 126 | Transcript regarding Hearing Held on 04/04/16 at 11:05 am RE: Status Conference.. Remote electronic access to the transcript is restricted until 7/21/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 4/29/2016. Statement of Redaction Request Due By 5/13/2016. Redacted Transcript Submission Due By 5/23/2016. Transcript access will be restricted through 7/21/2016. (Brown, Tenille) (Entered: 04/29/2016) |
| 02/13/2017 | | 130 | Transcript regarding Hearing Held on 2/8/2017 2:10 PM RE: Status Conference (Court Call Approved). Remote electronic access to the transcript is restricted until 5/15/2017. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 2/21/2017. Statement of Redaction Request Due By 3/6/2017. Redacted Transcript Submission Due By 3/16/2017. Transcript access will be restricted through 5/15/2017. (Ortiz, Carmen) (Entered: 03/09/2017) |
| 02/22/2017 | | 129 | Stipulation Notice, Consent and Reference of a Civil Action to Bankruptcy Court Filed by Gil D. Messina on behalf of Carolyn Fjord, et al.. (Messina, Gil) (Entered: 02/22/2017) |
| 05/12/2017 | | 139 | Motion for Summary Judgment filed by Sadik Harry Huseny on behalf of American Airlines. Responses due by 6/9/2017, (Huseny, Sadik) (Entered: 05/12/2017) |
| 05/12/2017 | | 140 | Memorandum of Law in Support of Defendant American Airlines Group Inc.'s Motion for Summary Judgment (related document(s)139) filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 05/12/2017) |
| 05/12/2017 | | 141 | Declaration of Sadik Huseny in Support of Defendant American Airlines Group Inc.'s Motion for Summary Judgment [Public Version] (related document(s)139) filed by Sadik Harry Huseny on behalf of American Airlines. (Attachments: # 1 Exhibit 1 – Lundgren Expert Report # 2 Exhibit 2 – Ordover Deposition Excerpts # 3 Exhibit 3 – Carlton |

| | | | |
|---|---|---|---|
| | | | Deposition Excerpts # 4 Exhibit 4 – Carlton Expert Report # 5 Exhibit 5 – Ordover Expert Report # 6 Exhibit 6 – Kasper Expert Report # 7 Exhibit 7 – Nocella Deposition Excerpts # 8 Exhibit 8 – Freeland Deposition Excerpts # 9 Exhibit 9 – Plaintiffs' Responses to Defendants' First Set of Interrogatories # 10 Exhibit 10 – Malaney Deposition Excerpts # 11 Exhibit 11 – D'Augusta Deposition Excerpts # 12 Exhibit 12 – Jolly Deposition Excerpts # 13 Exhibit 13 – Taleff Deposition Excerpts # 14 Exhibit 14 – Garavanian Deposition Excerpts # 15 Exhibit 15 – Brown Deposition Excerpts # 16 Exhibit 16 – McCarthy Deposition Excerpts # 17 Exhibit 17 – Horton Deposition Excerpts # 18 Exhibit 18 – Taleff Article (Exhibit D–17)) (Huseny, Sadik) (Entered: 05/12/2017) |
| 05/12/2017 | | 142 | Statement of Undisputed Facts *in Support of Motion for Summary Judgment* Filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 05/12/2017) |
| 06/24/2017 | | 149 | Motion for Summary Judgment *Plaintiffs' Cross–Motion for Summary and Opposition to Defendants' Motion for Summary Judgment* (related document(s)139) filed by Gil D. Messina on behalf of Carolyn Fjord, et al.. (Attachments: # 1 Memorandum in Support of Cross–Motion for Summary Judgment and in Opposition to Motion for Summary Judgment # 2 Plaintiffs' Statement of Undisputed Material Facts in Support of Cross–Motion for Summary Judgment (Redacted) # 3 Response to Defendants' Statement of Undisputed Facts # 4 Declaration of Carl Lundgren in Support of Plaintiffs' Cross–Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment # 5 Declaration of Bill Rubinsohn # 6 Declaration of Brenda Davis # 7 Declaration of Carolyn Fjord # 8 Declaration of Christine Whalen # 9 Declaration of Deborah Pulfer # 10 Declaration of Don Freeland # 11 Declaration of Donald Fry # 12 Declaration of Gabe Garavanian # 13 Declaration of Gary Talewsky # 14 Declaration of Jan Marie Brown # 15 Declaration Jose Brito # 16 Declaration of June Stansbury # 17 Declaration of Katherine Arcell # 18 Declaration of Lisa McCarthy # 19 Declaration of Michael Malaney # 20 Declaration of Pamela Faust # 21 Declaration of Rosemary D'Augusta # 22 Declaration of Sondra Russell # 23 Declaration of Valarie Ann Jolly # 24 Declaration of Wayne Taleff # 25 Declaration of Valarie Ann Jolly) (Messina, Gil) **(Attachment #1 Memorandum in Support of Cross–Motion for Summary Judgement has been Refiled. See Document #153 for the correct entry)** Modified on 6/28/2017 (Richards, Beverly). (Entered: 06/24/2017) |
| 06/24/2017 | | 150 | Affidavit *Declaration of Gil D. Messina in Support of Cross–Motion for Summary Judgment and in Opposition to Motion for Summary Judgment* (related document(s)149) Filed by Gil D. Messina on behalf of Carolyn Fjord, et al.. (Messina, Gil) (Entered: 06/24/2017) |
| 06/24/2017 | | 151 | Motion for Summary Judgment *Exhibits A to ZZ to Declaration of Gil D. Messina (Under Seal)* filed by Gil D. Messina on behalf of Carolyn Fjord, et al.. (Messina, Gil) (Entered: 06/24/2017) |
| 06/28/2017 | | 156 | Motion for Summary Judgment *Second Corrected Declaration of Gil D. Messina in Support of Cross–motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment and Redacted Exhibits a–ZZ* (related document(s)151, 154) filed by Gil D. Messina on behalf of Carolyn Fjord, et al.. (Attachments: # 1 Exhibit A–ZZ to Declaration of Gil D. Messina in Support of Cross–motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment) (Messina, Gil) (Entered: 06/28/2017) |
| 07/28/2017 | | 160 | |

| | | | |
|---|---|---|---|
| | | | Memorandum of Law ––*Defendant American Airlines Group Inc.'s Opposition to Plaintiffs' Cross–Motion for Summary Judgment & Reply in Support of Defendant's Motion for Summary Judgment* (related document(s)139, 149) filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 07/28/2017) |
| 07/28/2017 | | 161 | Declaration *of Sadik Huseny in Support of Defendant American Airlines Group Inc.'s Opposition to Plaintiffs' Cross–Motion for Summary Judgment & Reply in Support of Defendant's Motion for Summary Judgment [Redacted Version]* (related document(s)139, 149) filed by Sadik Harry Huseny on behalf of American Airlines. (Attachments: # 1 Exhibit 1 ––Plaintiffs' Specific Allegations of Injury # 2 Exhibit 2 ––Redacted in its Entirety # 3 Exhibit 3 ––Redacted in its Entirety # 4 Exhibit 4 ––Apr. 4, 2016 Hearing Tr. Excerpts # 5 Exhibit 5 ––May 29, 2017 D'Augusta Errata # 6 Exhibit 6 ––Dec. 12, 2013 Horton Dep. Tr. Excerpts # 7 Exhibit 7 ––Mar. 16, 2016 D'Augusta Dep. Tr. Excerpts) (Huseny, Sadik) (Entered: 07/28/2017) |
| 07/28/2017 | | 162 | Reply Statement of Undisputed Fact ––*Defendant American Airlines Group Inc.'s Reply to Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts [Redacted Version]* (related document(s)139, 149) filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 07/28/2017) |
| 07/28/2017 | | 163 | Counterstatement of Undisputed Fact ––*Defendant American Airlines Group Inc.'s Response to Plaintiffs' Statement of Undisputed Facts in Support of Cross–Motion for Summary Judgment [Redacted Version]* (related document(s)139, 149) filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 07/28/2017) |
| 09/01/2017 | | 167 | Reply to Motion *Plaintiffs' Memorandum of Law in Support of Cross–Motion for Summary Judgment* filed by Joseph M Alioto on behalf of Carolyn Fjord. (Attachments: # 1 Declaration of Joseph M. Alioto # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Reply to Objections) (Alioto, Joseph) (Entered: 09/01/2017) |
| 03/30/2018 | | 171 | Transcript regarding Hearing Held on 03/26/18 at 1:48 PM RE: Doc. #136 (Seal) Defendant's motion to seal certain information in connection with defendant American Airlines Group Inc.'s motion for summary judgment; Doc. #157 (Seal) Defendant's motion to seal certain information in connection with defendant American Airlines Group Inc.'s opposition to Plaintiffs' cross–motion for summary judgment & reply in support of defendant's motion for summary judgment; Doc. #139, #140, #141 Defendant's motion for summary judgment filed on behalf of American Airlines; etc. Remote electronic access to the transcript is restricted until 6/28/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 157, 156, 160, 136, 151, 148, 153, 150, 167, 161, 139, 149, 141, 140). Notice of Intent to Request Redaction Deadline Due By 4/6/2018. Statement of Redaction Request Due By 4/20/2018. Redacted Transcript Submission Due By 4/30/2018. Transcript access will be restricted through 6/28/2018. (Cales, Humberto) (Entered: 04/11/2018) |
| 04/17/2018 | | 174 | Statement of Undisputed Fact *Declaration of Joseph M. Alioto in Support of Motion for an Order Correcting the Record* filed by Joseph M Alioto on behalf of Carolyn Fjord. (Attachments: # 1 Exhibit Exhibit A) (Alioto, Joseph) (Entered: 04/17/2018) |

| | | | | |
|---|---|---|---|---|
| 08/31/2018 | | | 177 | Transcript regarding Hearing Held on 08/29/18 at 3:09 PM RE: BENCH DECISION. Remote electronic access to the transcript is restricted until 11/29/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 9/7/2018. Statement of Redaction Request Due By 9/21/2018. Redacted Transcript Submission Due By 10/1/2018. Transcript access will be restricted through 11/29/2018. (Cales, Humberto) (Entered: 09/14/2018) |
| 09/14/2018 | | | 176 | Order Signed On 9/14/2018, GRANTING IN PART AND DENYING IN PART: Defendants' Motion For Summary Judgment And DENYING Plaintiffs' Cross−Motion For Summary Judgment. (related document(s)156, 160, 151, 172, 174, 153, 150, 167, 162, 163, 142, 161, 139, 149, 173, 154, 141, 140) (Ebanks, Liza) (Entered: 09/14/2018) |
| 11/08/2018 | | | 178 | Letter *And Proposed Agreed Pre−Trial Scheduling* Filed by Gil D. Messina. (Ebanks, Liza) (Entered: 12/10/2018) |
| 12/10/2018 | | | 179 | Order Signed On 12/10/2018, Regarding Plaintiffs' Request To Supplement Dr. Lundgren's Expert Report. (related document(s)178) (Ebanks, Liza) (Entered: 12/10/2018) |
| 12/26/2018 | | | 184 | Statement of Undisputed Fact *Motion for Leave to Serve Supplemental Expert Report of Dr. Carl Lundgren and/or Motion for Reconsideration* (related document(s)181, 183, 180, 182) filed by Gil D. Messina on behalf of Carolyn Fjord, et al.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Messina, Gil) (Entered: 12/26/2018) |
| 01/13/2019 | | | 191 | Amended Complaint against all defendants *Declaration of Joseph M. Alioto in Support of Motion in Leave to File Second Amended and Supplemental Complaint* (related document(s)103) Filed by Joseph M Alioto on behalf of Carolyn Fjord, et al.. (Attachments: # 1 Exhibit A to Declaration of Joseph M. Alioto # 2 Exhibit B to Declaration of Joseph M. Alioto # 3 Exhibit C to Declaration of Joseph M. Alioto # 4 Exhibit D to Declaration of Joseph M. Alioto) (Alioto, Joseph) (Entered: 01/13/2019) |
| 01/16/2019 | | | 200 | Transcript regarding Hearing Held on 12/18/19 at 3:40 PM RE: Status Conference. Remote electronic access to the transcript is restricted until 4/16/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/23/2019. Statement of Redaction Request Due By 2/6/2019. Redacted Transcript Submission Due By 2/19/2019. Transcript access will be restricted through 4/16/2019. (Cales, Humberto) (Entered: 02/08/2019) |
| 01/23/2019 | | | 196 | Agreed Scheduling Order Of Pre−Trial Deadlines Signed On 1/23/2019, With Final Pre−Trial Conference to be held on 3/6/2019 at 11:00 AM at Courtroom 701 (SHL); With TRIAL to begin on 3/11/2019 at 10:00 a.m. at Courtroom 701 (SHL). (Ebanks, Liza) (Entered: 01/23/2019) |
| 01/23/2019 | | | 197 | Amended Complaint against all defendants *Amended Notice of Motion and Motion for Leave to File Second Amended and Supplemental Complaint* (related document(s)103) Filed by Joseph M Alioto on behalf of Carolyn Fjord, et al.. (Alioto, Joseph) (Entered: 01/23/2019) |

| | | | |
|---|---|---|---|
| 01/30/2019 | | 199 | Order Signed On 1/30/2019, Regarding Plaintiff's Motion For Reconsideration. (Related Doc 180) (Ebanks, Liza) (Entered: 01/30/2019) |
| 02/13/2019 | | 201 | Opposition *to Plaintiffs' Motion for Leave to File a Second Amended and Supplemental Complaint to Allege Injury and Damages under Section 4 of the Clayton Act and Demand for Jury Trial* (related document(s)190, 189, 197, 191) filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 02/13/2019) |
| 02/13/2019 | | 202 | Affidavit *of Robin L. Kuntz in Support of Defendant American Airlines Group, Inc.'s Opposition to Plaintiffs' Motion for Leave to File a Second Amended and Supplemental Complaint to Allege Injury and Damages under Section 4 of the Clayton Act and Demand for Jury Trial* (related document(s)201) Filed by Sadik Harry Huseny on behalf of American Airlines. (Attachments: # 1 Exhibit A)(Huseny, Sadik) (Entered: 02/13/2019) |
| 02/25/2019 | | 264 | Transcript regarding Hearing Held on 02/20/19 2:16 PM RE: Doc. #197 Amended Motion For Leave To File Second Amended And Supplemental Complaint. Remote electronic access to the transcript is restricted until 5/28/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 197). Notice of Intent to Request Redaction Deadline Due By 3/4/2019. Statement of Redaction Request Due By 3/18/2019. Redacted Transcript Submission Due By 3/28/2019. Transcript access will be restricted through 5/28/2019. (Ramos, Jonathan) (Entered: 03/25/2019) |
| 02/26/2019 | | 206 | Order Signed On 2/26/2019, Denying Plaintiffs' Motion For Leave To File A Second Amended And Supplemental Complaint. (related document(s)190, 189) (Ebanks, Liza) (Entered: 02/26/2019) |
| 03/05/2019 | | 214 | Stipulation *Joint Pretrial Order* Filed by Sadik Harry Huseny on behalf of American Airlines. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7)(Huseny, Sadik) (Entered: 03/05/2019) |
| 03/05/2019 | | 236 | Affidavit *Written Direct Examination of Dr. Carl Lundgren* Filed by Joseph M Alioto on behalf of Carolyn Fjord. (Alioto, Joseph) (Entered: 03/05/2019) |
| 03/05/2019 | | 237 | Affidavit *Written Direct Examination of Jose Brito* Filed by Joseph M Alioto on behalf of Carolyn Fjord, et al.. (Alioto, Joseph) (Entered: 03/05/2019) |
| 03/05/2019 | | 238 | Affidavit *Written Direct Examination of Don Fry* Filed by Joseph M Alioto on behalf of Carolyn Fjord, et al.. (Alioto, Joseph) (Entered: 03/05/2019) |
| 03/05/2019 | | 239 | Affidavit *Written Direct Examination of Gabe Garavanian* Filed by Joseph M Alioto on behalf of Carolyn Fjord. (Alioto, Joseph) (Entered: 03/05/2019) |
| 03/05/2019 | | 240 | Affidavit *Written Direct Examination of Valarie Jolly* Filed by Joseph M Alioto on behalf of Carolyn Fjord. (Alioto, Joseph) (Entered: 03/05/2019) |

| | | | |
|---|---|---|---|
| 03/05/2019 | | 241 | Affidavit *Written Direct Examination of Lisa McCarthy* Filed by Joseph M Alioto on behalf of Carolyn Fjord. (Alioto, Joseph) (Entered: 03/05/2019) |
| 03/05/2019 | | 242 | Affidavit *Written Direct Examination of Bill Rubinsohn* Filed by Joseph M Alioto on behalf of Carolyn Fjord. (Alioto, Joseph) (Entered: 03/05/2019) |
| 03/05/2019 | | 243 | Affidavit *Written Direct Examination of Sondra Russell* Filed by Joseph M Alioto on behalf of Carolyn Fjord. (Alioto, Joseph) (Entered: 03/05/2019) |
| 03/05/2019 | | 245 | Affidavit *Written Direct Examination of Gary Talewsky* Filed by Joseph M Alioto on behalf of Carolyn Fjord. (Alioto, Joseph) (Entered: 03/05/2019) |
| 03/06/2019 | | 249 | Statement *Defendant American Airlines Group Inc.'s Witness Statements* filed by Sadik Harry Huseny on behalf of American Airlines. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (Huseny, Sadik) (Entered: 03/06/2019) |
| 03/10/2019 | | 258 | Objection to Motion *Defendant American Airlines Group Inc.'s Objections to Plaintiffs' Witness Statements* filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 03/10/2019) |
| 03/12/2019 | | 281 | Transcript regarding Hearing Held on 03/06/19 At 11:58 AM RE: Final Pre−Trial Conference. Remote electronic access to the transcript is restricted until 6/10/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/19/2019. Statement of Redaction Request Due By 4/2/2019. Redacted Transcript Submission Due By 4/12/2019. Transcript access will be restricted through 6/10/2019. (Ramos, Jonathan) (Entered: 05/06/2019) |
| 03/18/2019 | | 260 | Stipulation *of Undisputed Facts* Filed by Jamie Lynne Miller on behalf of Carolyn Fjord. (Miller, Jamie) (Entered: 03/18/2019) |
| 04/11/2019 | | 270 | Statement *[Redacted] Witness Statement of Janusz A. Ordover* filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 04/11/2019) |
| 04/15/2019 | | 272 | Findings of Fact and Conclusions of Law *[Proposed]* Filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 04/15/2019) |
| 04/16/2019 | | 273 | Findings of Fact and Conclusions of Law *Redacted* Filed by Joseph M Alioto on behalf of Carolyn Fjord. (Alioto, Joseph) (Entered: 04/16/2019) |
| 05/03/2019 | | 276 | Statement *Real−Time Trial Transcript of Proceedings on March 11, 2019* filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 05/03/2019) |
| 05/03/2019 | | 277 | Statement *Real−Time Trial Transcript of Proceedings on March 12, 2019* filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 05/03/2019) |

| | | | |
|---|---|---|---|
| 05/03/2019 | | 278 | Statement *Real–Time Trial Transcript of Proceedings on March 13, 2019* filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 05/03/2019) |
| 05/03/2019 | | 280 | Statement *Real–Time Trial Transcript of Proceedings on March 15, 2019* filed by Sadik Harry Huseny on behalf of American Airlines. (Huseny, Sadik) (Entered: 05/03/2019) |
| 06/10/2019 | | 286 | Transcript regarding Hearing Held on 04/26/19 At 10:15 AM RE: Conference Regarding Transcripts For Trial Held March 11, 2019 – March 15, 2019.; Closing Arguments Regarding Trial Held On March 11, 2019 – March 15, 2019.; Doc. #271 (Seal) Motion To Seal Plaintiffs' Proposed Findings Of Fact And Conclusions Of Law. Remote electronic access to the transcript is restricted until 9/9/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 271). Notice of Intent to Request Redaction Deadline Due By 6/17/2019. Statement of Redaction Request Due By 7/1/2019. Redacted Transcript Submission Due By 7/11/2019. Transcript access will be restricted through 9/9/2019. (Ramos, Jonathan) (Entered: 06/11/2019) |
| 07/24/2019 | | 287 | Transcript regarding Hearing Held on 02/28/19 At 1:40 PM RE: Trial. Remote electronic access to the transcript is restricted until 10/22/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/31/2019. Statement of Redaction Request Due By 8/14/2019. Redacted Transcript Submission Due By 8/26/2019. Transcript access will be restricted through 10/22/2019. (Ramos, Jonathan) (Entered: 08/05/2019) |
| 01/29/2021 | | 292 | Memorandum Of Decision Signed On 1/29/2021, Denying Plaintiffs' First Amended Complaint. (related document(s)103) (Ebanks, Liza) (Entered: 01/29/2021) |
| 02/22/2021 | | 294 | Order Signed On 2/22/2021, Denying Plaintiffs' Requested Relief And Granting Judgment To Defendants Merged Entity American Airlines Group Inc. (related document(s)292) (Ebanks, Liza) (Entered: 02/22/2021) |
| 02/23/2021 | | 295 | Notice of Appeal filed by Joseph M Alioto on behalf of Katherine R. Arcell, Keith Dean Bradt, Judy Bray, Jose M. Brito, Jan Marie Brown, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Carolyn Fjord, et al., Don Freeland, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, Christine O. Whalen. (Attachments: # 1 Exhibit 1 – Order Denying Plaintiffs' Requested Relief and Granting Judgment to Defendants # 2 Exhibit 2 – Memorandum of Decision # 3 Exhibit 3 – Order Denying Plaintiffs' Motion for Leave to File a Second Amended and Supplemental Complaint # 4 Exhibit 4 – Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment and Denying Plaintiffs' Cross–Motion for Summary Judgment # 5 Exhibit 5 – |

| | | | |
|---|---|---|---|
| | | | Bench Decision # 6 Exhibit 6 – Order Denying Plaintiffs' Motion for Leave to File a Second Amended and Supplemental Complaint and to Add a Damages Claim and Demand for Jury Trial # 7 Exhibit 7 – Memorandum of Decision # 8 Exhibit 8 – Order Granting in Part and Denying in Part Plaintiffs' Motion for Leave to File an Amended Complaint to Add Damages Claim # 9 Exhibit 9 – Memorandum of Decision # 10 Exhibit Civil Cover Sheet)(Alioto, Joseph) (Entered: 02/23/2021) |
| 03/08/2021 | | 296 | Statement of Issues , Designation of Contents (appellant). filed by Joseph M Alioto on behalf of Katherine R. Arcell, Keith Dean Bradt, Judy Bray, Jose M. Brito, Jan Marie Brown, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Carolyn Fjord, et al., Don Freeland, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, Christine O. Whalen. (Alioto, Joseph) (Entered: 03/08/2021) |
| 03/22/2021 | | 300 | Counter Designation (appellee) *of Additional Items to be Included in the Record on Appeal* (related document(s)296) filed by Sadik Harry Huseny on behalf of American Airlines. (Attachments: # 1 Exhibit A – Huseny Decl. ISO AA's MSJ # 2 Exhibit B – Huseny Decl. ISO AA's MSJ Reply and Opp. to Pls.' Cross–MSJ # 3 Exhibit C – AA's Reply to Pls.' Response to SUF # 4 Exhibit D – AA's Response to Pls.' SUF to their Cross–MSJ # 5 Exhibit E – Garboden Witness Statement # 6 Exhibit F – Parker Witness Statement # 7 Exhibit G – Carlton Witness Statement # 8 Exhibit H – Kasper Witness Statement # 9 Exhibit I – Pls.' Proposed Findings of Fact & Conclusion of Law # 10 Exhibit J – DX–023 # 11 Exhibit K – DX–034 # 12 Exhibit L – DX–049 # 13 Exhibit M – DX–050 # 14 Exhibit N – DX–105 # 15 Exhibit O – DX–106 # 16 Exhibit P – DX–107 # 17 Exhibit Q – DX–108 # 18 Exhibit R – DX–109 # 19 Exhibit S – DX–110)(Huseny, Sadik) (Entered: 03/22/2021) |