UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>AMR CORPORATION,<br>     Debtor. | 21-cv-02163-KPF<br>Case No. 11-15463 (SHL) |
| CAROLYN FJORD, *et al.*<br>     Plaintiffs-Appellants<br>v.<br>AMR CORPORATION, *et al.*<br>     Defendants-Appellees. | Adv. Case No. 13-1392 (SHL) |

## ORDER GRANTING APPELLEE'S MOTION TO ACCEPT DOCUMENTS UNDER SEAL INTO APPELLATE RECORD

Upon Appellee's Motion to Accept Documents Under Seal into Appellate Record (the "Motion"), for good cause shown, it is hereby ORDERED that:

1. The Motion is granted;

2. The Clerk for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") is permitted and authorized to transmit to the United States District Court for the Southern District of New York (the "District Court") those portions of the appellate record, as designated by the Appellee, which were filed or admitted by the Bankruptcy Court under seal (the "Under Seal Material");

3. This Court will accept, under seal, the Under Seal Material, and the Under Seal Material shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials; and

4. Upon entry, Appellee shall give notice of this Order to counsel for the Appellants.

Dated: <u>March 29</u>, 2021
New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
United States District Judge

2