UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>AMR CORPORATION,<br>            Debtor. | 21-cv-02163-KPF (KNF)<br><br>Case No. 11-15463 (SHL) |
| CAROLYN FJORD, *et al.*<br>            Plaintiffs-Appellants<br>v.<br>AMR CORPORATION, *et al.*<br>            Defendants-Appellees. | Adv. Case No. 13-1392 (SHL) |

## REVISED SCHEDULING ORDER

Upon consideration of the parties' joint letter motion (Dkt. #21), IT IS HEREBY ORDERED that:

1. Appellants shall file and serve their brief on or before May 11, 2021;

2. Appellee shall file and serve its brief on or before June 22, 2021; and

3. Appellants shall file and serve any reply brief on or before July 13, 2021.

SO ORDERED:

_____
HON. KATHERINE POLK FAILLA
United States District Judge

Dated: April 15, 2021
        New York, New York