# EXHIBIT C

# MESSINA LAW FIRM
A Professional Corporation

Gil D. Messina
Admitted in MA and NJ

Email: gmessina@messinalawfirm.com

961 Holmdel Road
Holmdel, New Jersey 07733

————————————

Phone 732.332.9300
Fax 732.332.9301

May 14, 2019

Honorable Sean H. Lane, U.S.B.J.    **Via Email**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    *Carolyn Fjord, et al. v. AMR Corporation, et al.*
             Adversary Proceeding No. 13-01392 (SHL)

Dear Judge Lane:

    It has come to our attention that Table B in the Plaintiffs' Proposed Findings of Fact and Conclusions of Law inadvertently omitted DOJ City Market 1 and the third entry on Table B contained an error code instead of naming Dallas as part of that city pair. Attached is an errata for Table B which corrects these errors.

    We apologize for any inconvenience this may have caused the Court.

                                      Respectfully yours,

                                      *s/ Gil D. Messina*
                                      Gil D. Messina

GDM/hs
Attachment - errata Table B

cc:    Counsel of Record, via email

13-01392-shl Doc 28-1 Filed 05/14/19 Entered 05/14/19 14:34:55 Errata to
Table B of Plaintiffs' Proposed Findings of Fact and Conclusions Pg 1 of 6

Case 1:21-cv-02163-KPF Document 28-6 Filed 05/12/21 Page 3 of 8

Table B - Average Fare Growth on Presumptively Illegal City Pairs and Plaintiffs' Travel

| DOJ City Market 1 | DOJ City Market 2 | Written Direct Exam (Plaintiff, ¶) (03/ 2019) | Lundgren Report - Row # (12/2018) | TK4 Actual EY 2018 HHI | TK4 Actual Δ HHI (2012 - EY2018) | EY 2018 HHI > 2500 & Actual Δ HHI > 200? | 2012 Passengers (0 or 1 stops) | 2012 Average Fare (0 or 1 stops) | EY 2018 Passengers (0 or 1 stops) | EY 2018 Average Fare (0 or 1 stops) | Average Fare Growth (2012 - EY2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dallas, TX (DFW) | Harrisburg, PA (MDT) | Russell, 10 | 6 | 5,306 | 2,747 | YES | 45,260 | $211.90 | 21,810 | $367.83 | 73.6% |
| Greensboro, NC (GSO) | Phoenix, AZ (PHX) | Fry, 11 | 9 | 4,819 | 944 | YES | 27,730 | $227.82 | 17,080 | $345.57 | 51.7% |
| Charleston, WV (CRW) | Dallas, TX (DFW) | Russell, 10 | 11 | 4,275 | 376 | YES | 15,050 | $238.04 | 11,140 | $355.43 | 49.3% |
| Harrisburg, PA (MDT) | Phoenix, AZ (PHX) | Fry, 11 | 12 | 5,644 | 2,318 | YES | 25,610 | $223.05 | 18,250 | $329.79 | 47.8% |
| Phoenix, AZ (PHX) | Knoxville, TN (TYS) | Fry, 11 | 21 | 3,665 | 958 | YES | 25,640 | $229.20 | 21,780 | $326.90 | 42.6% |
| Santa Barbara, CA (SBA) | Tucson, AZ (TUS) | Fry, 10 | 33 | 8,116 | 2,618 | YES | 6,190 | $203.87 | 4,900 | $281.70 | 38.2% |
| Dallas, TX (DFW) | Kapaa, HI (LIH) | Russell, 10 | 38 | 7,072 | 947 | YES | 22,400 | $366.37 | 21,650 | $503.17 | 37.3% |
| West Palm Beach (PBI) | Phoenix, AZ (PHX) | Fry, 11; Talewsky, 17 | 43 | 4,121 | 1,781 | YES | 35,930 | $213.26 | 34,560 | $287.46 | 34.8% |
| Key West, FL (EYW) | Phoenix, AZ (PHX) | Fry, 11 | 44 | 6,183 | 2,359 | YES | 2,480 | $278.61 | 3,050 | $375.55 | 34.8% |
| Phoenix, AZ (PHX) | Savannah, GA (SAV) | Fry, 11 | 47 | 4,294 | 620 | YES | 21,360 | $237.71 | 21,050 | $318.91 | 34.2% |
| Dallas, TX (DFW) | Santa Barbara, CA (SBA) | Russell, 10 | 52 | 8,507 | 4,578 | YES | 23,990 | $222.49 | 26,570 | $295.70 | 32.9% |
| Albuquerque, NM (ABQ) | Philadelphia, PA (PHL) | Rubinsohn, 22 | 53 | 3,518 | 1,125 | YES | 57,470 | $195.08 | 41,470 | $258.93 | 32.7% |
| Dallas, TX (DFW) | Hilo, HI (KOA) | Russell, 10 | 59 | 5,914 | 1,126 | YES | 14,980 | $390.32 | 19,450 | $514.81 | 31.9% |
| Boston, MA (BOS) | Huntsville, AL (HSV) | Garavnian, 7 | 65 | 4,660 | 1,245 | YES | 27,840 | $246.52 | 20,020 | $324.46 | 31.6% |
| Philadelphia, PA (PHL) | St. Croix, VI (STX) | Rubinsohn, 22 | 68 | 9,230 | 1,466 | YES | 3,900 | $291.17 | 4,820 | $382.47 | 31.4% |
| Philadelphia, PA (PHL) | St. Louis, MO (STL) | Rubinsohn, 6, 7 | 70 | 4,756 | 466 | YES | 222,140 | $182.83 | 195,920 | $239.19 | 30.8% |
| Detroit, MI (DTW) | Palm Springs, CA (PSP) | Freeland, 2 | 77 | 3,452 | 755 | YES | 16,920 | $239.26 | 18,610 | $310.76 | 29.9% |
| Phoenix, AZ (PHX) | Syracuse, NY (SYR) | Fry, 11 | 79 | 3,937 | 1,133 | YES | 32,040 | $239.19 | 28,980 | $310.41 | 29.8% |
| Dallas, TX (DFW) | Greensboro, NC (GSO) | Russell, 10 | 81 | 7,286 | 2,790 | YES | 57,770 | $249.61 | 44,670 | $323.69 | 29.7% |
| Dallas, TX (DFW) | Durango, CO (DRO) | Russell, 10 | 82 | 9,381 | 5,693 | YES | 22,300 | $195.19 | 29,650 | $253.01 | 29.6% |
| Jackson, MS (JAN) | Phoenix, AZ (PHX) | Fry, 11 | 83 | 4,247 | 1,771 | YES | 14,710 | $258.61 | 11,510 | $335.10 | 29.6% |
| Dallas, TX (DFW) | Louisville, KY (SDF) | Russell, 10; Stansbury, 16 | 84 | 6,929 | 967 | YES | 114,800 | $209.05 | 107,320 | $270.72 | 29.5% |
| New York, NY (NYC) | Tucson, AZ (TUS) | Fry, 5, 10 | 98 | 3,980 | 1,053 | YES | 112,700 | $211.67 | 102,800 | $271.80 | 28.4% |
| Philadelphia, PA (PHL) | Orange County, CA (SNA) | Rubinsohn, 22 | 99 | 3,930 | 1,748 | YES | 88,100 | $236.54 | 72,660 | $303.64 | 28.4% |
| Dallas, TX (DFW) | Tucson, AZ (TUS) | Fry, 10; Jolly, 7; Russell, 10; Talewsky, 15 | 104 | 8,521 | 1,949 | YES | 102,940 | $196.78 | 92,300 | $252.02 | 28.1% |
| Greenville, SC (GSP) | Phoenix, AZ (PHX) | Fry, 11 | 118 | 3,226 | 681 | YES | 30,000 | $202.45 | 29,080 | $256.34 | 26.6% |
| Boston, MA (BOS) | Fresno, CA (FAT) | Garavnian, 7 | 124 | 4,431 | 1,130 | YES | 14,880 | $256.82 | 13,170 | $324.12 | 26.2% |
| Miami, FL (MIA) | Orange County, CA (SNA) | McCarthy, 14 | 140 | 3,205 | 549 | YES | 63,380 | $238.57 | 59,750 | $298.01 | 24.9% |
| Jackson, MS (JAN) | Miami, FL (MIA) | McCarthy, 14 | 143 | 6,299 | 2,609 | YES | 20,090 | $241.07 | 14,650 | $300.99 | 24.9% |
| Boston, MA (BOS) | Santa Barbara, CA (SBA) | Garavnian, 7 | 145 | 4,875 | 1,085 | YES | 17,670 | $290.04 | 16,480 | $361.68 | 24.7% |
| Huntsville, AL (HSV) | Phoenix, AZ (PHX) | Fry, 11 | 150 | 3,619 | 690 | YES | 19,860 | $271.38 | 19,570 | $336.65 | 24.0% |
| Dallas, TX (DFW) | Montgomery, AL (MGM) | Russell, 10 | 151 | 7,964 | 511 | YES | 23,610 | $213.43 | 17,800 | $264.71 | 24.0% |
| Phoenix, AZ (PHX) | Fort Myers, FL (RSW) | Fry, 11; McCarthy, 14 | 152 | 2,894 | 889 | YES | 44,310 | $213.87 | 48,210 | $265.21 | 24.0% |
| Fort Myers, FL (RSW) | St. Thomas, VI (STT) | McCarthy, 14 | 153 | 9,311 | 4,778 | YES | 550 | $312.80 | 370 | $387.34 | 23.8% |
| Harrisburg, PA (MDT) | Miami, FL (MIA) | McCarthy, 14 | 154 | 5,436 | 915 | YES | 25,080 | $217.93 | 15,030 | $269.42 | 23.6% |
| Durango, CO (DRO) | Miami, FL (MIA) | McCarthy, 14 | 166 | 6,946 | 3,197 | YES | 2,650 | $276.84 | 3,500 | $340.48 | 23.0% |
| Greensboro, NC (GSO) | Miami, FL (MIA) | McCarthy, 14 | 168 | 5,105 | 1,677 | YES | 62,940 | $167.45 | 56,950 | $205.73 | 22.9% |
| Fresno, CA (FAT) | Miami, FL (MIA) | McCarthy, 14 | 172 | 6,745 | 1,089 | YES | 8,870 | $268.53 | 11,000 | $328.85 | 22.5% |
| Pittsburgh, PA (PIT) | Tucson, AZ (TUS) | Fry, 10 | 176 | 3,944 | 1,541 | YES | 23,620 | $211.76 | 18,200 | $258.35 | 22.0% |
| Hilo, HI (KOA) | Tucson, AZ (TUS) | Fry, 10 | 178 | 3,991 | 578 | YES | 2,070 | $320.03 | 3,570 | $390.13 | 21.9% |
| Westchester County, NY (HPN) | Phoenix, AZ (PHX) | Fry, 11 | 179 | 4,524 | 1,707 | YES | 10,380 | $229.66 | 8,880 | $279.93 | 21.9% |
| Montgomery, AL (MGM) | Phoenix, AZ (PHX) | Fry, 11 | 180 | 5,045 | 733 | YES | 4,840 | $288.72 | 3,950 | $351.46 | 21.7% |
| Phoenix, AZ (PHX) | Richmond, VA (RIC) | Fry, 11 | 189 | 3,655 | 1,228 | YES | 49,590 | $223.35 | 54,640 | $270.83 | 21.3% |
| Boston, MA (BOS) | Tallahassee, FL (TLH) | Garavnian, 7 | 190 | 5,274 | 585 | YES | 15,290 | $240.66 | 13,670 | $291.80 | 21.2% |

13-01392-shl Doc 284-1 Filed 05/14/19 Entered 05/14/19 14:34:55 Errata to
Table B of Plaintiffs' Proposed Findings of Fact and Conclusions Pg 2 of 6
Case 1:21-cv-02163-KPF Document 28-6 Filed 05/12/21 Page 4 of 8

Table B - Average Fare Growth on Presumptively Illegal City Pairs and Plaintiffs' Travel

| DOJ City Market 1 | DOJ City Market 2 | Written Direct Exam (Plaintiff, ¶) (03/ 2019) | Lundgren Report - Row # (12/2018) | TK4 Actual EY 2018 HHI | TK4 Actual Δ HHI (2012 - EY2018) | EY 2018 HHI > 2500 & Actual Δ HHI > 200? | 2012 Passengers (0 or 1 stops) | 2012 Average Fare (0 or 1 stops) | EY 2018 Passengers (0 or 1 stops) | EY 2018 Average Fare (0 or 1 stops) | Average Fare Growth (2012 - EY2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dallas, TX (DFW) | Honolulu, HI (HNL) | Jolly, 7; Russell, 8, 9 | 194 | 6,210 | 604 | YES | 105,330 | $416.33 | 117,710 | $504.25 | 21.1% |
| Indianapolis, IN (IND) | Philadelphia, PA (PHL) | Rubinsohn, 6, 7 | 200 | 7,710 | 1,413 | YES | 160,630 | $234.07 | 137,650 | $281.81 | 20.4% |
| Tucson, AZ (TUS) | Washington, DC (WAS) | Fry, 10 | 201 | 3,785 | 731 | YES | 156,060 | $242.07 | 125,600 | $291.41 | 20.4% |
| Phoenix, AZ (PHX) | Raleigh-Durham, NC (RDU) | Fry, 11 | 203 | 3,355 | 335 | YES | 121,520 | $204.94 | 139,070 | $246.38 | 20.2% |
| Dallas, TX (DFW) | Syracuse, NY (SYR) | Jolly, 27; Russell, 10 | 205 | 4,525 | 1,957 | YES | 37,730 | $248.22 | 39,730 | $298.38 | 20.2% |
| Dallas, TX (DFW) | Fresno, CA (FAT) | Russell, 10 | 214 | 8,591 | 3,029 | YES | 41,580 | $252.28 | 44,030 | $302.29 | 19.8% |
| Jacksonville, FL (JAX) | Phoenix, AZ (PHX) | Fry, 11 | 216 | 2,939 | 621 | YES | 56,310 | $221.31 | 64,190 | $264.92 | 19.7% |
| Mobile, AL (MOB) | Phoenix, AZ (PHX) | Fry, 11 | 219 | 3,471 | 505 | YES | 6,470 | $257.56 | 6,730 | $307.95 | 19.6% |
| Boston, MA (BOS) | Gainesville, FL (GNV) | Garavnian, 7 | 223 | 5,020 | 575 | YES | 13,090 | $194.72 | 12,130 | $232.57 | 19.4% |
| Boston, MA (BOS) | Ontario, CA (ONT) | Garavnian, 7 | 229 | 3,489 | 1,275 | YES | 31,350 | $250.45 | 24,250 | $297.94 | 19.0% |
| Boston, MA (BOS) | Jackson, MS (JAN) | Garavnian, 7 | 233 | 5,138 | 1,381 | YES | 15,130 | $270.86 | 13,050 | $320.62 | 18.4% |
| Norfolk-Virginia Beach, VA (ORF) | Phoenix, AZ (PHX) | Fry, 11 | 235 | 3,183 | 635 | YES | 43,790 | $230.48 | 47,710 | $272.55 | 18.3% |
| Dallas, TX (DFW) | Knoxville, TN (TYS) | Russell, 10 | 236 | 7,575 | 1,533 | YES | 56,290 | $241.96 | 62,100 | $285.86 | 18.1% |
| Detroit, MI (DTW) | Tucson, AZ (TUS) | Fry, 10 | 237 | 2,989 | 771 | YES | 42,430 | $216.11 | 31,360 | $254.48 | 17.8% |
| Dallas, TX (DFW) | Tallahassee, FL (TLH) | Russell, 10 | 241 | 7,565 | 3,220 | YES | 19,020 | $237.32 | 22,600 | $279.22 | 17.7% |
| Dallas, TX (DFW) | West Palm Beach (PBI) | Jolly, 6, 27; Russell, 10 | 247 | 7,300 | 551 | YES | 84,390 | $216.14 | 87,890 | $253.93 | 17.5% |
| Phoenix, AZ (PHX) | Tallahassee, FL (TLH) | Fry, 11 | 249 | 5,060 | 558 | YES | 6,610 | $282.04 | 7,350 | $331.28 | 17.5% |
| Dallas, TX (DFW) | Fort Myers, FL (RSW) | McCarthy, 12, 13, 14; Russell, 10 | 252 | 6,841 | 739 | YES | 83,010 | $218.07 | 105,030 | $255.80 | 17.3% |
| Boston, MA (BOS) | Phoenix, AZ (PHX) | Brito, 6; Fry, 11; Garavanian, 6,7; Talewsky, 11 | 263 | 5,207 | 2,207 | YES | 368,400 | $211.89 | 432,550 | $247.51 | 16.8% |
| Miami, FL (MIA) | Palm Springs, CA (PSP) | McCarthy, 14; Talewsky, 17 | 264 | 5,530 | 771 | YES | 12,070 | $275.37 | 15,500 | $321.22 | 16.7% |
| Hilo, HI (KOA) | Phoenix, AZ (PHX) | Fry, 11 | 266 | 4,430 | 851 | YES | 36,200 | $340.36 | 41,600 | $396.67 | 16.5% |
| Philadelphia, PA (PHL) | St. Thomas, VI (STT) | Rubinsohn, 22 | 268 | 8,138 | 1,857 | YES | 33,560 | $339.02 | 9,750 | $395.00 | 16.5% |
| Dallas, TX (DFW) | Palm Springs, CA (PSP) | Rubinsohn, 19, 20; Russell, 10 | 271 | 9,319 | 2,846 | YES | 34,020 | $249.02 | 40,520 | $289.87 | 16.4% |
| Dallas, TX (DFW) | Monterey, CA (MRY) | Russell, 10 | 274 | 7,329 | 2,861 | YES | 9,700 | $237.07 | 8,370 | $275.53 | 16.2% |
| Boston, MA (BOS) | Palm Springs, CA (PSP) | Garavnian, 7; Talewsky, 17 | 275 | 3,538 | 580 | YES | 19,970 | $259.46 | 27,460 | $301.45 | 16.2% |
| Monterey, CA (MRY) | Tucson, AZ (TUS) | Fry, 10 | 276 | 7,816 | 2,413 | YES | 3,890 | $211.27 | 3,160 | $245.40 | 16.2% |
| Boston, MA (BOS) | Orange County, CA (SNA) | Garavnian, 7 | 284 | 3,245 | 805 | YES | 66,740 | $264.69 | 53,970 | $306.50 | 15.8% |
| Fresno, CA (FAT) | Phoenix, AZ (PHX) | Fry, 11 | 286 | 9,493 | 558 | YES | 54,680 | $165.82 | 69,250 | $191.83 | 15.7% |
| Kansas City, MO (MCI) | Tucson, AZ (TUS) | Fry, 10 | 288 | 3,964 | 1,212 | YES | 37,200 | $172.18 | 30,840 | $198.97 | 15.6% |
| Boston, MA (BOS) | Pensacola, FL (PNS) | Garavnian, 7 | 294 | 3,895 | 899 | YES | 26,500 | $220.42 | 25,270 | $254.36 | 15.4% |
| Boston, MA (BOS) | Monterey, CA (MRY) | Garavnian, 7 | 296 | 4,979 | 641 | YES | 6,440 | $311.15 | 4,920 | $358.93 | 15.4% |
| Columbia, SC (CAE) | Dallas, TX (DFW) | Russell, 10 | 302 | 7,118 | 1,750 | YES | 46,560 | $243.91 | 38,360 | $280.94 | 15.2% |
| Charlotte, NC (CLT) | Tucson, AZ (TUS) | Fry, 10 | 308 | 5,734 | 2,741 | YES | 22,730 | $221.60 | 20,720 | $254.19 | 14.7% |
| Dallas, TX (DFW) | Grand Junction, CO (GJT) | Russell, 10 | 313 | 9,195 | 3,034 | YES | 16,340 | $237.47 | 20,210 | $272.16 | 14.6% |
| Chicago, IL (CHI) | Philadelphia, PA (PHL) | Rubinsohn, 6, 7 | 317 | 3,958 | 1,289 | YES | 911,360 | $197.03 | 930,380 | $225.46 | 14.4% |
| Miami, FL (MIA) | Ontario, CA (ONT) | McCarthy, 14 | 321 | 4,857 | 2,477 | YES | 30,310 | $232.97 | 28,090 | $266.35 | 14.3% |
| Dallas, TX (DFW) | Reno, NV (RNO) | Brito, 6; Jolly, 7, 27; Russell, 10; Stansbury 13 | 331 | 6,267 | 1,112 | YES | 79,820 | $207.38 | 100,390 | $235.96 | 13.8% |
| Fort Myers, FL (RSW) | San Francisco, CA (SFO) | McCarthy, 12, 13, 14, 20 | 339 | 2,661 | 528 | YES | 48,230 | $267.70 | 47,930 | $303.87 | 13.5% |

13-01392-shl Doc 28-1 Filed 05/14/19 Entered 05/14/19 14:34:55 Errata to Table B of Plaintiffs Proposed Findings of Fact and Conclusions Pg 3 of 6

Case 1:21-cv-02163-KPF Document 28-6 Filed 05/12/21 Page 5 of 8

Table B- Average Fare Growth on Presumptively Illegal City Pairs and Plaintiffs' Travel

| DOJ City Market 1 | DOJ City Market 2 | Written Direct Exam (Plaintiff, ¶) (03/ 2019) | Lundgren Report - Row # (12/2018) | TK4 Actual EY 2018 HHI | TK4 Actual Δ HHI (2012 - EY2018) | EY 2018 HHI > 2500 & Actual Δ HHI > 200? | 2012 Passengers (0 or 1 stops) | 2012 Average Fare (0 or 1 stops) | EY 2018 Passengers (0 or 1 stops) | EY 2018 Average Fare (0 or 1 stops) | Average Fare Growth (2012 - EY2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dallas, TX (DFW) | Rochester, NY (ROC) | Russell, 10 | 346 | 3,438 | 673 | YES | 41,890 | $232.76 | 47,720 | $263.74 | 13.3% |
| Little Rock, AR (LIT) | Fort Myers, FL (RSW) | McCarthy, 14 | 348 | 5,454 | 1,559 | YES | 6,400 | $236.19 | 7,630 | $267.50 | 13.3% |
| Dallas, TX (DFW) | Lexington, KY (LEX) | Jolly, 27; Russell, 10 | 352 | 6,870 | 490 | YES | 31,260 | $255.41 | 35,060 | $288.90 | 13.1% |
| Kahului, HI (OGG) | Philadelphia, PA (PHL) | Rubinsohn, 22 | 368 | 5,674 | 1,734 | YES | 14,930 | $504.39 | 17,880 | $567.30 | 12.5% |
| Chicago, IL (CHI) | Tucson, AZ (TUS) | Fry,5, 10 | 370 | 4,711 | 703 | YES | 154,600 | $209.19 | 136,480 | $235.15 | 12.4% |
| Kapaa, HI (LIH) | Tucson, AZ (TUS) | Fry, 10 | 379 | 5,581 | 1,949 | YES | 2,830 | $373.51 | 3,670 | $418.84 | 12.1% |
| Charlottesville, VA (CHO) | Phoenix, AZ (PHX) | Fry, 11 | 386 | 6,368 | 1,237 | YES | 7,990 | $262.49 | 10,580 | $293.31 | 11.7% |
| Austin, TX (AUS) | Philadelphia, PA (PHL) | Rubinsohn, 22 | 390 | 4,944 | 2,905 | YES | 120,980 | $199.88 | 193,800 | $222.81 | 11.5% |
| Hartford, CT (BDL) | Phoenix, AZ (PHX) | Fry, 11 | 392 | 3,090 | 869 | YES | 84,730 | $242.57 | 92,130 | $270.25 | 11.4% |
| Dallas, TX (DFW) | St. Thomas, VI (STT) | Jolly, 7 27 | 395 | 6,378 | 961 | YES | 24,950 | $295.19 | 18,500 | $328.70 | 11.4% |
| Fresno, CA (FAT) | Tucson, AZ (TUS) | Fry, 10 | 399 | 7,922 | 2,445 | YES | 7,150 | $196.10 | 7,140 | $217.90 | 11.1% |
| Kahului, HI (OGG) | Tucson, AZ (TUS) | Fry, 10 | 403 | 4,543 | 1,205 | YES | 4,030 | $371.16 | 6,080 | $412.36 | 11.1% |
| Boston, MA (BOS) | Fayetteville, AR (XNA) | Garavnian, 7 | 406 | 4,567 | 1,521 | YES | 15,280 | $309.01 | 20,770 | $343.12 | 11.0% |
| Charlotte, NC (CLT) | Miami, FL (MIA) | Garavnian, 6; McCarthy, 14 | 407 | 8,740 | 3,600 | YES | 277,170 | $209.02 | 310,530 | $232.02 | 11.0% |
| Boston, MA (BOS) | Fort Walton Beach, FL (VPS) | Garavnian, 7 | 412 | 5,113 | 460 | YES | 13,430 | $243.54 | 14,760 | $269.71 | 10.7% |
| Grand Junction, CO (GJT) | Miami, FL (MIA) | McCarthy, 14 | 416 | 7,506 | 2,755 | YES | 3,580 | $299.44 | 4,200 | $331.30 | 10.6% |
| Kahului, HI (OGG) | Phoenix, AZ (PHX) | Fry, 11; Stansbury, 16 | 421 | 4,621 | 1,115 | YES | 78,830 | $338.21 | 101,850 | $373.56 | 10.5% |
| Los Angeles, CA (LAX) | Fort Myers, FL (RSW) | McCarthy, 14 | 424 | 2,734 | 311 | YES | 55,460 | $257.73 | 57,640 | $284.37 | 10.3% |
| Kapaa, HI (LIH) | Miami, FL (MIA) | McCarthy, 14 | 427 | 6,176 | 1,878 | YES | 1,600 | $531.38 | 2,320 | $585.88 | 10.3% |
| Dallas, TX (DFW) | Jacksonville, FL (JAX) | Jolly, 7; Russell, 10 | 429 | 5,863 | 503 | YES | 160,910 | $222.79 | 178,000 | $245.52 | 10.2% |
| Atlanta, GA (ATL) | Reno, NV (RNO) | McCarthy, 13; Kosach, 3; Stansbury, 13 | 435 | 2,980 | 280 | YES | 34,840 | $253.16 | 44,480 | $278.67 | 10.1% |
| Miami, FL (MIA) | Pensacola, FL (PNS) | McCarthy, 14 | 436 | 6,078 | 1,329 | YES | 51,710 | $207.60 | 55,240 | $228.52 | 10.1% |
| Milwaukee, WI (MKE) | Tucson, AZ (TUS) | Fry, 10 | 437 | 3,441 | 1,527 | YES | 26,950 | $186.79 | 27,510 | $205.59 | 10.1% |
| Philadelphia, PA (PHL) | Tucson, AZ (TUS) | Fry, 10; Rubinsohn, 7, 22 | 438 | 5,160 | 2,532 | YES | 37,160 | $257.26 | 37,460 | $282.96 | 10.0% |
| Key West, FL (EYW) | Philadelphia, PA (PHL) | Rubinsohn, 22 | 439 | 7,227 | 4,878 | YES | 27,980 | $233.90 | 29,470 | $257.10 | 9.9% |
| Buffalo, NY (BUF) | Dallas, TX (DFW) | Russell, 10 | 443 | 2,846 | 399 | YES | 90,840 | $192.06 | 88,010 | $210.95 | 9.8% |
| Hilo, HI (KOA) | Miami, FL (MIA) | McCarthy, 14 | 454 | 5,788 | 2,084 | YES | 2,040 | $535.19 | 4,440 | $585.80 | 9.5% |
| Dallas, TX (DFW) | Greenville, SC (GSP) | Jolly, 22, 26; Russell, 10 | 456 | 5,173 | 891 | YES | 69,040 | $222.24 | 78,050 | $243.16 | 9.4% |
| Houston, TX (HOU) | Tucson, AZ (TUS) | Fry, 10 | 463 | 4,409 | 458 | YES | 46,310 | $241.17 | 43,140 | $263.56 | 9.3% |
| Philadelphia, PA (PHL) | Phoenix, AZ (PHX) | Fry, 11; Rubinsohn, 6, 7, 19, 20 | 474 | 6,535 | 1,375 | YES | 323,350 | $229.55 | 389,370 | $250.33 | 9.1% |
| Columbus, OH (CMH) | Reno, NV (RNO) | Stansbury, 12, 13, 14 | 487 | 4,058 | 454 | YES | 12,960 | $251.27 | 15,480 | $272.74 | 8.5% |
| Philadelphia, PA (PHL) | San Diego, CA (SAN) | Rubinsohn, 6, 7 | 490 | 5,861 | 2,211 | YES | 230,920 | $267.65 | 262,830 | $290.43 | 8.5% |
| Fort Myers, FL (RSW) | San Diego, CA (SAN) | McCarthy, 13, 14 | 500 | 2,912 | 492 | YES | 25,400 | $256.89 | 30,170 | $278.08 | 8.2% |
| Honolulu, HI (HNL) | Miami, FL (MIA) | McCarthy, 14 | 502 | 3,802 | 263 | YES | 21,020 | $529.70 | 33,760 | $573.15 | 8.2% |
| Columbus, OH (CMH) | Tucson, AZ (TUS) | Fry, 10 | 510 | 3,410 | 909 | YES | 17,400 | $223.94 | 18,110 | $241.71 | 7.9% |
| Miami, FL (MIA) | Sacramento, CA (SMF) | McCarthy, 14 | 515 | 2,775 | 546 | YES | 58,860 | $254.76 | 72,910 | $274.33 | 7.7% |
| Phoenix, AZ (PHX) | San Juan, PR (SJU) | Fry, 11 | 527 | 3,843 | 1,171 | YES | 33,530 | $267.00 | 35,930 | $286.39 | 7.3% |
| Hartford, CT (BDL) | Dallas, TX (DFW) | Russell, 10 | 543 | 6,344 | 646 | YES | 128,390 | $276.67 | 119,220 | $295.87 | 6.9% |
| Philadelphia, PA (PHL) | San Antonio, TX (SAT) | Rubinsohn, 22 | 553 | 3,233 | 1,168 | YES | 111,790 | $200.35 | 134,540 | $213.40 | 6.5% |
| Kapaa, HI (LIH) | Phoenix, AZ (PHX) | Fry, 11 | 556 | 4,522 | 1,046 | YES | 46,800 | $350.23 | 54,700 | $372.90 | 6.5% |

Case 1:21-cv-02163-KPF Document 28-6 Filed 05/12/21 Page 6 of 8

13-01392-shl Doc 284-1 Filed 05/14/19 Entered 05/14/19 14:34:55 Errata to
Table B of Plaintiffs' Proposed Findings of Fact and Conclusions Pg 4 of 6

Table B- Average Fare Growth on Presumptively Illegal City Pairs and Plaintiffs' Travel

| DOJ City Market 1 | DOJ City Market 2 | Written Direct Exam (Plaintiff, ¶) (03/ 2019) | Lundgren Report - Row # (12/2018) | TK4 Actual EY 2018 HHI | TK4 Actual Δ HHI (2012 - EY2018) | EY 2018 HHI > 2500 & Actual Δ HHI > 200? | 2012 Passengers (0 or 1 stops) | 2012 Average Fare (0 or 1 stops) | EY 2018 Passengers (0 or 1 stops) | EY 2018 Average Fare (0 or 1 stops) | Average Fare Growth (2012 - EY2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miami, FL (MIA) | Raleigh-Durham, NC (RDU) | McCarthy, 14 | 570 | 2,978 | 460 | YES | 329,350 | $139.26 | 446,860 | $147.59 | 6.0% |
| Lexington, KY (LEX) | Phoenix, AZ (PHX) | Fry, 11 | 573 | 4,167 | 849 | YES | 8,730 | $313.49 | 10,580 | $332.05 | 5.9% |
| Dallas, TX (DFW) | Fort Walton Beach, FL (VPS) | Jolly, 7, 27; Russell, 10 | 582 | 8,717 | 314 | YES | 64,720 | $201.79 | 80,620 | $212.84 | 5.5% |
| Monterey, CA (MRY) | Phoenix, AZ (PHX) | Fry, 11 | 588 | 9,635 | 1,148 | YES | 26,760 | $173.08 | 40,660 | $182.34 | 5.3% |
| Atlanta, GA (ATL) | Tucson, AZ (TUS) | Fry, 10 | 589 | 6,046 | 1,401 | YES | 49,870 | $252.87 | 55,730 | $266.39 | 5.3% |
| Phoenix, AZ (PHX) | Fort Walton Beach, FL (VPS) | Fry, 11 | 601 | 4,054 | 1,145 | YES | 10,620 | $256.06 | 11,780 | $268.60 | 4.9% |
| Dallas, TX (DFW) | Norfolk-Virginia Beach, VA (ORF) | Russell, 10 | 609 | 5,979 | 2,144 | YES | 83,740 | $242.64 | 103,520 | $254.25 | 4.8% |
| Miami, FL (MIA) | Reno, NV (RNO) | McCarthy, 14; Stansbury, 13 | 612 | 3,813 | 925 | YES | 25,590 | $265.33 | 33,320 | $277.86 | 4.7% |
| Fort Myers, FL (RSW) | Seattle, WA (SEA) | McCarthy, 13, 14 | 621 | 2,982 | 454 | YES | 33,280 | $269.24 | 39,810 | $280.86 | 4.3% |
| Miami, FL (MIA) | San Jose, CA (SJC) | McCarthy, 14 | 625 | 3,026 | 492 | YES | 35,470 | $241.17 | 40,960 | $251.15 | 4.1% |
| Sacramento, CA (SMF) | St. Louis, MO (STL) | Fjord, 2, 3 | 627 | 4,113 | 1,432 | YES | 62,200 | $238.16 | 68,050 | $247.91 | 4.1% |
| Dallas, TX (DFW) | Savannah, GA (SAV) | Russell, 10 | 628 | 7,055 | 2,077 | YES | 47,700 | $246.95 | 60,730 | $256.94 | 4.0% |
| Boston, MA (BOS) | Des Moines, IA (DSM) | Garavnian, 7 | 631 | 2,755 | 689 | YES | 32,600 | $246.24 | 37,290 | $255.50 | 3.8% |
| St. Louis, MO (STL) | Tucson, AZ (TUS) | Fry, 10 | 640 | 4,249 | 1,311 | YES | 27,680 | $212.46 | 28,180 | $219.96 | 3.5% |
| Miami, FL (MIA) | Phoenix, AZ (PHX) | Brito, 6; Fry, 11; McCarthy 14; Talewsky, 17 | 645 | 4,184 | 1,518 | YES | 237,460 | $231.85 | 319,770 | $239.53 | 3.3% |
| Dallas, TX (DFW) | Richmond, VA (RIC) | Russell, 10 | 647 | 5,669 | 446 | YES | 107,930 | $271.95 | 120,830 | $280.70 | 3.2% |
| Boston, MA (BOS) | Little Rock, AR (LIT) | Garavnian, 7 | 649 | 3,089 | 735 | YES | 22,150 | $265.69 | 27,120 | $273.99 | 3.1% |
| Los Angeles, CA (LAX) | Philadelphia, PA (PHL) | Rubinsohn, 6, 7, 22 | 668 | 5,350 | 1,779 | YES | 662,540 | $245.66 | 798,820 | $251.14 | 2.2% |
| Miami, FL (MIA) | Norfolk-Virginia Beach, VA (ORF) | McCarthy, 14 | 670 | 4,055 | 1,616 | YES | 96,270 | $183.72 | 116,430 | $187.42 | 2.0% |
| Reno, NV (RNO) | Washington, DC (WAS) | Stansbury, 13, 14 | 671 | 2,826 | 478 | YES | 76,330 | $268.79 | 87,260 | $274.15 | 2.0% |
| Phoenix, AZ (PHX) | Tampa, FL (TPA) | Fry, 11 | 672 | 4,246 | 748 | YES | 167,370 | $215.07 | 214,360 | $219.35 | 2.0% |
| Little Rock, AR (LIT) | Miami, FL (MIA) | McCarthy, 14 | 673 | 3,845 | 1,055 | YES | 31,410 | $240.86 | 32,290 | $245.17 | 1.8% |
| Philadelphia, PA (PHL) | Seattle, WA (SEA) | Rubinsohn, 22 | 674 | 3,965 | 324 | YES | 213,030 | $267.70 | 256,480 | $272.39 | 1.8% |
| Des Moines, IA (DSM) | Fort Myers, FL (RSW) | McCarthy, 14 | 676 | 3,843 | 420 | YES | 17,250 | $224.67 | 17,570 | $228.53 | 1.7% |
| Boston, MA (BOS) | Tucson, AZ (TUS) | Fry, 10; Garavanian, 7; Talewsky, 15, 17 | 679 | 4,205 | 986 | YES | 43,000 | $275.14 | 51,290 | $279.43 | 1.6% |
| Miami, FL (MIA) | St. Louis, MO (STL) | McCarthy, 14 | 680 | 4,180 | 852 | YES | 253,170 | $181.97 | 275,990 | $184.78 | 1.5% |
| Honolulu, HI (HNL) | Tucson, AZ (TUS) | Fry, 10 | 684 | 3,955 | 1,001 | YES | 9,340 | $388.81 | 13,720 | $394.27 | 1.4% |
| Phoenix, AZ (PHX) | St. Thomas, VI (STT) | Fry, 11 | 711 | 5,702 | 2,203 | YES | 4,280 | $369.48 | 3,660 | $370.41 | 0.3% |
| Miami, FL (MIA) | Washington, DC (WAS) | McCarthy, 14 | 729 | 2,993 | 763 | YES | 1,983,830 | $137.52 | 2,435,220 | $136.87 | -0.5% |
| Charlottesville, VA (CHO) | Dallas, TX (DFW) | Russell, 10 | 732 | 6,189 | 3,086 | YES | 14,120 | $222.37 | 18,990 | $221.02 | -0.6% |
| Philadelphia, PA (PHL) | San Jose, CA (SJC) | Rubinsohn, 22 | 739 | 3,539 | 1,090 | YES | 37,260 | $279.27 | 54,200 | $277.10 | -0.8% |
| Boston, MA (BOS) | Baton Rouge, LA (BTR) | Garavnian, 7 | 746 | 3,894 | 215 | YES | 12,910 | $247.56 | 10,610 | $244.79 | -1.1% |
| Dallas, TX (DFW) | Sacramento, CA (SMF) | Russell, 10 | 751 | 5,376 | 972 | YES | 150,820 | $242.98 | 208,830 | $239.34 | -1.5% |
| Tampa, FL (TPA) | Tucson, AZ (TUS) | Fry, 10 | 757 | 3,602 | 1,132 | YES | 21,170 | $248.76 | 25,090 | $244.52 | -1.7% |
| Phoenix, AZ (PHX) | Washington, DC (WAS) | Fry, 11 | 771 | 3,581 | 518 | YES | 548,950 | $267.79 | 691,080 | $261.55 | -2.3% |
| Fort Myers, FL (RSW) | Fayetteville, AR (XNA) | McCarthy, 14 | 783 | 5,188 | 1,511 | YES | 3,920 | $283.60 | 5,590 | $275.78 | -2.8% |
| Boston, MA (BOS) | Reno, NV (RNO) | Brito, 20; Garavanian, 6, 7; Stansbury, 13 | 785 | 2,676 | 523 | YES | 31,310 | $274.73 | 42,850 | $266.94 | -2.8% |
| Des Moines, IA (DSM) | Miami, FL (MIA) | McCarthy, 14 | 789 | 3,450 | 261 | YES | 34,020 | $229.96 | 38,810 | $223.07 | -3.0% |
| Des Moines, IA (DSM) | Tucson, AZ (TUS) | Fry, 10 | 792 | 6,370 | 3,165 | YES | 8,840 | $213.93 | 10,120 | $207.46 | -3.0% |
| Phoenix, AZ (PHX) | Pittsburgh, PA (PIT) | Fry, 11 | 798 | 4,436 | 939 | YES | 159,290 | $219.68 | 184,550 | $212.43 | -3.3% |
| Charlotte, NC (CLT) | Phoenix, AZ (PHX) | Fry, 11 | 799 | 7,313 | 1,944 | YES | 134,030 | $281.57 | 206,810 | $272.27 | -3.3% |
| Columbus, OH (CMH) | Miami, FL (MIA) | McCarthy, 14 | 803 | 3,474 | 612 | YES | 212,220 | $165.39 | 243,790 | $159.78 | -3.4% |

Case 1:21-cv-02163-KPF Document 28-6 Filed 05/12/21 Page 7 of 8
Case 1:13-cv-01236-CKK Document 158-1 Filed 09/05/14 Page 5 of 6
13-01952-shl Doc 28-1 Filed 05/14/19 Entered 05/14/19 14:34:35 Errata to Table B of Plaintiffs' Proposed Findings of Fact and Conclusions Pg 5 of 6

Table B- Average Fare Growth on Presumptively Illegal City Pairs and Plaintiffs' Travel

| DOJ City Market 1 | DOJ City Market 2 | Written Direct Exam (Plaintiff, ¶) (03/ 2019) | Lundgren Report - Row # (12/2018) | TK4 Actual EY 2018 HHI | TK4 Actual Δ HHI (2012 - EY2018) | EY 2018 HHI > 2500 & Actual Δ HHI > 200? | 2012 Passengers (0 or 1 stops) | 2012 Average Fare (0 or 1 stops) | EY 2018 Passengers (0 or 1 stops) | EY 2018 Average Fare (0 or 1 stops) | Average Fare Growth (2012 - EY2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Boston, MA (BOS) | Lexington, KY (LEX) | Garavnian, 7 | 808 | 4,044 | 228 | YES | 10,010 | $294.93 | 14,350 | $283.78 | -3.8% |
| Miami, FL (MIA) | Richmond, VA (RIC) | McCarthy, 14 | 811 | 3,343 | 805 | YES | 131,380 | $163.14 | 184,730 | $156.59 | -4.0% |
| Charleston, SC (CHS) | Dallas, TX (DFW) | Jolly, 27 | 820 | 5,563 | 2,002 | YES | 66,670 | $215.71 | 119,480 | $205.95 | -4.5% |
| Dallas, TX (DFW) | Huntsville, AL (HSV) | Russell, 10 | 825 | 7,305 | 507 | YES | 31,700 | $332.68 | 39,420 | $317.11 | -4.7% |
| Indianapolis, IN (IND) | Tucson, AZ (TUS) | Fry, 10 | 828 | 3,709 | 1,080 | YES | 25,240 | $240.67 | 27,150 | $229.19 | -4.8% |
| Orlando, FL (MCO) | Tucson, AZ (TUS) | Fry, 10 | 830 | 3,653 | 1,275 | YES | 30,740 | $251.04 | 37,090 | $238.99 | -4.8% |
| Austin, TX (AUS) | Tucson, AZ (TUS) | Fry, 10 | 840 | 4,775 | 1,488 | YES | 24,290 | $211.16 | 28,240 | $199.90 | -5.3% |
| Dallas, TX (DFW) | Westchester County, NY (HPN) | Jolly, 7; Russell, 10 | 851 | 4,933 | 2,093 | YES | 24,430 | $249.70 | 10,950 | $233.88 | -6.3% |
| Charlotte, NC (CLT) | Dallas, TX (DFW) | Davis, 2; Jolly, 6, 22; Russell, 10 | 855 | 7,589 | 3,163 | YES | 261,020 | $265.81 | 452,090 | $248.48 | -6.5% |
| Omaha, NE (OMA) | Tucson, AZ (TUS) | Fry, 10 | 863 | 3,518 | 1,207 | YES | 17,260 | $214.69 | 18,090 | $200.21 | -6.7% |
| Miami, FL (MIA) | Tucson, AZ (TUS) | Fry, 10; McCarthy, 14 | 864 | 4,772 | 1,468 | YES | 31,480 | $274.38 | 35,790 | $255.44 | -6.9% |
| Kansas City, MO (MCI) | Fort Myers, FL (RSW) | McCarthy, 14 | 875 | 4,216 | 1,364 | YES | 70,830 | $173.57 | 84,770 | $160.36 | -7.6% |
| New York, NY (NYC) | Reno, NV (RNO) | Brito, 20; Garavanaian, 6; Stansbury, 13, 15 | 880 | 2,640 | 397 | YES | 69,090 | $267.80 | 116,240 | $246.47 | -8.0% |
| San Antonio, TX (SAT) | Tucson, AZ (TUS) | Fry, 10 | 881 | 4,957 | 1,869 | YES | 25,810 | $211.92 | 29,100 | $195.03 | -8.0% |
| Orlando, FL (MCO) | Phoenix, AZ (PHX) | Fry, 11 | 884 | 3,903 | 381 | YES | 250,590 | $211.85 | 373,850 | $194.67 | -8.1% |
| Chattanooga, TN (CHA) | Phoenix, AZ (PHX) | Fry, 11 | 887 | 4,598 | 291 | YES | 7,320 | $272.30 | 15,330 | $249.86 | -8.2% |
| Dallas, TX (DFW) | Raleigh-Durham, NC (RDU) | Jolly, 7; Russell, 10 | 891 | 5,442 | 354 | YES | 207,450 | $241.34 | 321,390 | $220.86 | -8.5% |
| Des Moines, IA (DSM) | Phoenix, AZ (PHX) | Fry, 11 | 898 | 5,665 | 1,730 | YES | 88,530 | $202.82 | 129,350 | $183.53 | -9.5% |
| Miami, FL (MIA) | Salt Lake City, UT (SLC) | McCarthy, 14 | 902 | 3,194 | 481 | YES | 115,460 | $246.48 | 205,670 | $222.87 | -9.6% |
| Chicago, IL (CHI) | West Palm Beach (PBI) | Kosach, 3 | 912 | 5,333 | 777 | YES | 158,750 | $202.87 | 196,700 | $181.72 | -10.4% |
| Austin, TX (AUS) | Fort Myers, FL (RSW) | McCarthy, 14 | 914 | 2,933 | 452 | YES | 14,030 | $253.82 | 28,810 | $226.97 | -10.6% |
| New Orleans, LA (MSY) | Philadelphia, PA (PHL) | Rubinsohn, 22 | 928 | 4,442 | 915 | YES | 188,960 | $209.44 | 261,960 | $183.59 | -12.3% |
| Dallas, TX (DFW) | Portland, OR (PDX) | Jolly, 7; Russell, 10 | 938 | 3,452 | 290 | YES | 208,380 | $223.15 | 325,430 | $193.17 | -13.4% |
| Dallas, TX (DFW) | Ontario, CA (ONT) | Jolly, 6; Russell, 10 | 941 | 5,978 | 1,181 | YES | 132,400 | $228.16 | 242,590 | $195.62 | -14.3% |
| Miami, FL (MIA) | Louisville, KY (SDF) | McCarthy, 14 | 943 | 3,042 | 511 | YES | 77,410 | $215.92 | 115,490 | $183.71 | -14.9% |
| Miami, FL (MIA) | Knoxville, TN (TYS) | McCarthy, 14 | 946 | 3,522 | 622 | YES | 61,070 | $164.39 | 94,830 | $139.43 | -15.2% |
| Indianapolis, IN (IND) | Miami, FL (MIA) | McCarthy, 14 | 947 | 3,052 | 309 | YES | 208,150 | $187.51 | 318,930 | $158.67 | -15.4% |
| Dallas, TX (DFW) | Phoenix, AZ (PHX) | Fry, 11; Garavanian, 6; Russell, 10 | 950 | 4,959 | 1,357 | YES | 524,280 | $199.43 | 949,480 | $167.74 | -15.9% |
| Dallas, TX (DFW) | Salt Lake City, UT (SLC) | Jolly, 6, 22, 27; McCarthy, 12; Russell, 10 | 951 | 3,964 | 651 | YES | 233,940 | $232.82 | 415,780 | $195.78 | -15.9% |
| Chicago, IL (CHI) | Phoenix, AZ (PHX) | Fry, 11; Garavanian, 6 | 954 | 3,339 | 695 | YES | 959,550 | $198.63 | 1,586,200 | $166.84 | -16.0% |
| Dallas, TX (DFW) | Philadelphia, PA (PHL) | Jolly, 27; Rubinsohn, 6, 7, 19, 20, 22; Russell, 10 | 955 | 6,967 | 2,970 | YES | 438,700 | $244.85 | 659,940 | $205.47 | -16.1% |
| Boston, MA (BOS) | Louisville, KY (SDF) | Garavnian, 7 | 958 | 2,988 | 293 | YES | 45,990 | $254.78 | 56,280 | $212.59 | -16.6% |
| Miami, FL (MIA) | San Diego, CA (SAN) | McCarthy, 14 | 961 | 3,357 | 1,116 | YES | 142,660 | $264.04 | 275,650 | $220.00 | -16.7% |
| Dallas, TX (DFW) | Seattle, WA (SEA) | Jolly, 7, 27; Russell, 8, 9, 10 | 969 | 3,968 | 280 | YES | 442,290 | $234.06 | 679,420 | $191.86 | -18.0% |

13-01392-shl Doc 284-1 Filed 05/14/19 Entered 05/14/19 14:34:55 Errata to Table B of Plaintiffs Proposed Findings of Fact and Conclusions Pg 6 of 6

Case 1:21-cv-02163-KPF Document 28-6 Filed 05/12/21 Page 8 of 8

Table B - Average Fare Growth on Presumptively Illegal City Pairs and Plaintiffs' Travel

| DOJ City Market 1 | DOJ City Market 2 | Written Direct Exam (Plaintiff, ¶) (03/2019) | Lundgren Report - Row # (12/2018) | TK4 Actual EY 2018 HHI | TK4 Actual Δ HHI (2012 - EY2018) | EY 2018 HHI > 2500 & Actual Δ HHI > 200? | 2012 Passengers (0 or 1 stops) | 2012 Average Fare (0 or 1 stops) | EY 2018 Passengers (0 or 1 stops) | EY 2018 Average Fare (0 or 1 stops) | Average Fare Growth (2012 - EY2018) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dallas, TX (DFW) | San Diego, CA (SAN) | Jolly, 7; Russell, 10 | 970 | 4,847 | 532 | YES | 407,810 | $208.34 | 668,910 | $170.49 | -18.2% |
| Miami, FL (MIA) | Philadelphia, PA (PHL) | Garavnian, 5, 6; McCarthy, 14; Rubinsohn, 6, 7, 19, 22 | 974 | 5,177 | 1,283 | YES | 732,160 | $174.73 | 1,123,140 | $142.20 | -18.6% |
| Cleveland, OH (CLE) | Dallas, TX (DFW) | Russell, 10 | 980 | 5,198 | 1,976 | YES | 183,150 | $258.97 | 259,400 | $206.60 | -20.2% |
| Las Vegas, NV (LAS) | Miami, FL (MIA) | McCarthy, 14 | 983 | 3,155 | 273 | YES | 465,880 | $230.51 | 712,210 | $180.63 | -21.6% |
| Charleston, SC (CHS) | Miami, FL (MIA) | McCarthy, 14 | 1000 | 4,248 | 996 | YES | 41,570 | $224.84 | 119,500 | $156.86 | -30.2% |
| Nashville, TN (BNA) | Boston, MA (BOS) | Garavnian, 7; Talewsky, 17 | 1005 | 3,234 | 409 | YES | 127,410 | $221.59 | 465,110 | $147.63 | -33.4% |