UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re*: <br> AMR CORPORATION, <br>                      Debtor. <br> CAROLYN FJORD, *et al.*, <br>       Plaintiffs-Appellants, <br> -v.- <br> AMR CORPORATION, *et al.*, <br>       Defendants-Appellees. | 21 Civ. 2163 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated at the March 25, 2022 telephonic conference, the judgment of the United States Bankruptcy Court for the Southern District of New York is AFFIRMED.

    The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:  March 25, 2022
            New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge