UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

AMR CORPORATION,

                Debtor.
------------------------------------------------------------X
CAROLYN FJORD, et al.,

                Plaintiffs-Appellants,              21 **CIVIL** 2163 (KPF)

         -against-                                       **JUDGMENT**

AMR CORPORATION, et al.,

                Defendants-Appellees.
------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2022, and for the reasons stated at the March 25, 2022 telephonic conference, the judgment of the United States Bankruptcy Court for the Southern District of New York is AFFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York
          March 25, 2022

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court
                                BY:

                                                          **Deputy Clerk**