Joseph M. Alioto (SBN 42680)
Tatiana Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs-Appellants*

[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMR CORPORATION,<br><br>Debtor.<br><br>CAROLYN FJORD, *et al.*,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>AMR CORPORATION, *et al.*,<br><br>Defendants-Appellees. | Case No. 1:21-cv-02163-KPF<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Plaintiffs-Appellants, Carolyn Fjord, Katherine R. Arcell, Keith Dean Bradt, Judy Bray, Jose M. Brito, Jan Marie Brown, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Don Freeland, Donald V. Fry, Gabriel Garavanian,; Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal,

Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, and Christine O. Whalen, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on March 25, 2022, as Docket Number 35, and all opinions and orders that merge therein, including the Order affirming the judgment of the U.S. Bankruptcy Court for the Southern District of New York entered after a hearing on March 25, 2022 as Docket Number 34, and including the transcript of hearing as Docket Number 38.

Dated: April 22, 2022

**ALIOTO LAW FIRM**

By:   */s/ Joseph M. Alioto*
Joseph M. Alioto (SBN 42680)
Tatiana Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Email:  jmalioto@aliotolaw.com

*Attorneys for Plaintiffs-Appellants*

Theresa D. Moore (*pro hac vice*)
Law Offices of Theresa D. Moore, PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
Email: tmoore@aliotolaw.com

Lawrence G. Papale
Law Offices of Lawrence G. Papale
1308 Main Street Suite 117
St. Helena, CA 94574
Phone: (707) 963-1704
Email: lgpapale@papalelaw.com

Christopher Nedeau
NEDEAU LAW FIRM
750 Battery Street, 7th Floor
San Francisco, CA 94117
Phone: (415) 516-4010
Email: cnedeau@nedeaulaw.net